AMENDED CHAPTER 13 PLAN          Case No. 13-42098-JJR13

Debtor(s): Oliver, Royce D          SS#: 4463          Net Monthly Earnings: $ 1,152.00
Oliver, Beverly K          SS#: 9302          Number of Dependents: 0

I. Plan Payments:

[X] Debtor(s) propose to pay direct a total of $ 1,152.00 [ ] weekly [ ] biweekly [ ] semi-monthly [X] monthly into the plan; or
[ ] Payroll deduction order to:

Length of plan is 60 months, and the total debt to be paid through the plan is $ 69,120.00.

II. From the payments received, the trustee shall make disbursements to the Bankruptcy Code including:

A. PRIORITY CLAIMS (INCLUDING ADMINISTRATIVE EXPENSES AND SUPPORT) [See § 1322(a)(2)]

The following priority claims, if allowed, will be paid in full unless creditor agrees otherwise:

| Creditor | Type of Priority | Scheduled Amount | Monthly Payment |
|---|---|---|---|
| None | | | |

B. Total Attorney Fee: $ 2,750.00; $ 500.00 paid pre-petition; the balance to be paid as first comes available.

C. The holder of each SECURED claim shall retain the lien securing such claim until a discharge is granted and such claim shall be paid in full with interest in deferred cash payments as follows:

1. Long Term Debts:

| Name of Creditor | Total Amount of Debt | Amount of Regular Payment | To be Paid By | Regular Payment to Begin | Arrears to be Paid by Trustee | Months Included in Arrearage Amount | Proposed Interest Rate on Arrearage | Proposed Fixed Payment on Arrearage |
|---|---|---|---|---|---|---|---|---|
| One Main | 112,255.54 | 1,170.88 | Direct | 12/13 | 8509.86 | 6 | 0.0 | 200.00 |

2. Secured Debts (not long term debts) to be paid through Trustee:

| Name of Creditor | Adequate Protection Payments | Total Amount of Debt | Debtor's Value | Unsecured Portion | Description of Collateral | Proposed Interest Rate | Proposed Fixed Payments | Fixed Pay-ment to Begin |
|---|---|---|---|---|---|---|---|---|
| John Deere | 50.00 | 3768.45 | 3768.45 | 0.00 | 2009 John Deere Tractor | 5.25 | 94.93 | @ confirmation |
| Regional Acceptance | 193.21 | 19,321.50 | 19321.50 | 0.00 | 2009 Kia Borrego, 87,000 miles good condition | 5.25 | 366.84 | @ confirmation |

III. Other debts (not shown in 1 or 2 above) which Debtor(s) propose to pay direct:

| Name of Creditor | Total Amount of Debt | Amount of Regular Payment | Description of Collateral | Reason for Direct Payment |
|---|---|---|---|---|
| None | | | | |

IV. Special Provisions:

[ ] This is an original plan.
[X] This is an amended plan replacing plan dated 1/23/14.
[X] This plan proposes to pay unsecured creditors approximately 100%
[X] Other provisions: *Debtor to pay full amount of claim to Regional Acceptance through the plan (910 claim).*

Dated: 3-14-14

/s/ Peter M. Neil
Signature of Attorney
Peter M. Neil Esq
107 2nd Ave NE Suite C
Decatur, AL 35601
256-351-2058

/s/ Royce D Oliver
Signature of Debtor

/s/ Beverly K Oliver
Signature of Spouse

United States Bankruptcy Court
Northern District of Alabama

IN RE:

Oliver, Royce D & Oliver, Beverly K
Debtor(s)

Case No. **13-42098**

Chapter **13**

## AMENDED CERTIFICATE OF SERVICE

I hereby certify that on **3-12-14**, a copy of **Amended Chapter 13 Plan** was served by regular United States mail to all interested parties, the Trustee and all creditors listed below.

Respectfully submitted,

*/s/ Peter M. Neil*
Peter M. Neil
Peter M. Neil Esq
107 2nd Ave NE Suite C
Decatur, AL 35601
(256) 351-2058  Fax: (256) 351-2059
petermneil@charter.net

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Label Matrix for local noticing
1126-1
Case 13-42098-JJR13
NORTHERN DISTRICT OF ALABAMA
Anniston
Tue Mar 11 16:28:21 CDT 2014

Allgas, Inc.-Ider
C/O DiRecManagement, Inc.
P.O. Box 16243
Mobile, AL 36616-0243

CitiFinancial Servicing LLC
P.O. Box 6043
Sioux Falls, SD 57117-6043

Credit Central
607 Gault Ave N #D
Ft Payne, AL 35967-2531

Dekalb Radiology
C/O CCRSI
P O Box 10
Jasper, AL 35502-0010

Full Circle Financial Services
P O Box 2438
Largo, FL 33779-2438

Liberty Finance
1949 Gault Ave n
Ft Payne, AL 35967-3483

One Main
700 Dekalb Plaza Bldg SW
Fort Payne, AL 35967-4872

REGIONAL MANAGEMENT CORPORATION
PO BOX 776
MAULDIN, SC 29662-0776
(864) 546-3404

Regional Finance Of Ft Payne
2308 Gault Ave N
Fort Payne, AL 35967-3644

U. S. Bankruptcy Court
1129 Noble Street, Room 117
Anniston, AL 36201-4674

Anesthesiologists Assoc
P O Box 12005
Birmingham, AL 35202-2005

Covington Credit
2605 Gault Ave N Suite 400
Ft Payne, AL 35967-3700

DeKalb Anesthesia Associates LLC
P O Box 680045
Fort Payne, AL 35968-1601

Dekalb Radiology
Credit & Collection Recovery Svcs
401 4th Ave
Jasper, AL 35501-3705

Harbin Clinic LLC
c/o NRS
PO Box 8005
Cleveland, TN 37320-8005

Mountain View Hospital
P O Box 8407
Gadsden, AL 35902-8407

Premier Bankcard/Charter
PO Box 2208
Vacaville, CA 95696-8208

Regional Acceptance
P O Box 830913
Birmingham, AL 35283-0913

SKO Brenner American
P O Box 230
Farmingdale, NY 11735-0230

Afni Inc
P O Box 3517
Bloomington, IL 61702-3517

Angelo Stevenson & Associates
c/o Check N Go
PO Box 436
Elma NY 14059-0436

Covington Credit of AL25
c/o Southern Management Corp
attn: Sharon Dill
P O Box 1947
Greenville, SC 29602-1947

Deere & Company
6400 NW 86th Street
PO BOX 6600
Johnston, Iowa 50131-6600

DiRecManagement
4320 Downtowner Loop South Ste A
Mobile, AL 36609-5447

John Deere
P O Box 5327
Madison, WI 53791-0001

Nationwide Recovery Service
P O Box 8005
Cleveland, TN 37320-8005

Publishers Clearing House
P O Box 6344
Harlan, IA 51593-1844

Regional Acceptance Corporation
PO Box 1847
Wilson, NC 27894-1847

Santander
P O Box 660633
Dallas, TX 75266-0633

Santander Consumer USA Inc.;
as Assignee for Santander
P.O. Box 961245
Fort Worth, TX 76161-0244

Security Finance
2207 Gault Ave N Ste E
Ft Payne, AL 35967-3678

Sun Loan
1801 Gault Ave N Suite 104
Ft Payne, AL 35967-3479

Synerprise Consulting Service
2809 Regal Rd Suite 107
Plano, TX 75075-6317

Wells Fargo
P O Box 25341
Santa Ana, CA 92799-5341

Wells Fargo Bank, N.A.
P.O. Box 19657
Irvine, CA 92623-9657

Beverly Ray Oliver
1060 Garrett Street
Rainsville, AL 35986-4708

Linda Baker Gore
NON-PAYMENTS: P.O. Box 1338
Gadsden, AL 35902

Peter M Neil
107 2nd Avenue NE, Suite C
Decatur, AL 35601-2343

Royce Dewayne Oliver
1060 Garrett Street
Rainsville, AL 35986-4708

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Synerprise Consulting Service Inc
2809 Regal Rd Suite 107
Plano, TX 75075-6317

End of Label Matrix
Mailable recipients    39
Bypassed recipients     1
Total                  40