# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

In re:

Royce Dewayne Oliver
xxx-xx-4463
Beverly Kay Oliver
xxx-xx-9302
       Debtor(s)

Case No. **13-42098-JJR-13**

## DOCUMENT DISMISSAL ORDER

Whereas the parties to the above styled case informed the court on May 19, 2014, that they had reached a settlement on the Motion for Relief from Stay (Dkt #96) and that this matter was otherwise resolved; and

Whereas, the parties were to submit a proposed order for consideration by the court that, if entered, would settle, resolve or otherwise dispose of this matter in accordance with the agreement of the parties; and

Whereas, the parties were notified May 19, 2014, to file said order by the close of business on June 2, 2014, or the above-mentioned matter would be dismissed; and

Whereas, the parties have failed to file said motion or order with the Court.

It is, therefore, **ORDERED, ADJUDGED and DECREED** that the Motion for Relief from Stay (Dkt #96) above styled shall be and hereby is **DISMISSED**.

Dated: June 3, 2014

                                      /s/ James J. Robinson
                                      JAMES J. ROBINSON
                                      United States Bankruptcy Judge

/dlb