# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ALABAMA - EASTERN DIVISION

**In the Matter of:**

| | |
|---|---|
| Royce Dewayne Oliver } | **Case No: 13-42098-JJR13** |
| SSN: XXX-XX-4463 } | |
| Beverly Kay Oliver } | |
| SSN: XXX-XX-9302 } | |
| DEBTOR(S). } | |

## ORDER DENYING

This matter came before the Court on Tuesday, August 15, 2017 10:45 AM, for a hearing on the following:

    RE: Doc #131; Motion to Confirm Termination or Absence of Stay Filed by Evan Eberhardt, Attorney for CitiFinancial Servicing LLC

Proper notice of the hearing was given and appearances were made by the following:
    None

**It is therefore ORDERED, ADJUDGED and DECREED that:**

    The Motion to Confirm Termination or Absence of Stay Filed by Evan Eberhardt, Attorney for CitiFinancial Servicing LLC, is DENIED for lack of prosecution.

Dated: 08/15/2017                            /s/ JAMES J. ROBINSON
                                                                       JAMES J. ROBINSON
                                                                         Chief United States Bankruptcy Judge