UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

In Re: §

ROYCE D. OLIVER § Case No. 13-42098
BEVERLY K. OLIVER § Chapter 13
§
Debtor(s).

## Notice Of Final Cure Payment

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, Linda B. Gore, files this Notice of Final Cure Payment. The amount required to cure the default in the claim listed below has been paid in full.

Name of Creditor: __CARRINGTON MORTGAGE SERVICES__

Final Cure Amount

| Court Claim # | Account # | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|
| 13 | 9183 | $-0- | $-0- (Direct Pay) | $-0- (Direct Pay) |
| 13 | 9183 | $7,400.00 | $7,400.00 (Arrearage) | $7,400.00 (Arrearage) |
| 17 | 9183 | $6,205.08 | $6,205.08 (Arrearage) | $6,205.08 (Arrearage) |
| Total Amount Paid by Trustee | | | | $13,605.08 |

Monthly ongoing Mortgage Payment:

Mortgage is Paid:

____ Through the Chapter 13 Conduit     _X_ Direct by the Debtor(s)

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the debtor(s), debtor(s)' Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1)whether it agrees that the debtor(s) have paid in full the amount required to cure the default on the claim; and 2) whether the debtor(s) are otherwise current on all payments consistent with 11 U.S.C. § 1322 (b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

Prepared this the 13 day of July, 2018.

## Certificate of Service

I hereby certify that a copy of the foregoing Notice of Final Cure Payment was mailed first class postage prepaid to the following:

ROYCE D. OLIVER
1060 GARRETT STREET
RAINSVILLE, AL 35986

BEVERLY K. OLIVER
1060 GARRETT STREET
RAINSVILLE, AL 35986

CARRINGTON MORTGAGE SERVICES, LLC
1600 SOUTH DOUGLAS ROAD
ANAHEIM, CA 92806

MICHAEL W. LINSEY, ESQ.
Attorney for Creditor
JAUREGUI & LINDSEY, LLC
2110 DEVEREUX CIR
BIRMINGHAM, AL 35243

and served via electronic case management to:

Peter M Neil
107 2nd Avenue NE, Suite C
Decatur, AL 35601
petermneil@charter.net

On this the 13 day of July 2018.

Linda B. Gore
Chapter 13 Trustee
P. O. Box 1338
Gadsden, AL 35902-1338
(256) 546-9262